

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00417-CV

**IN THE INTEREST OF C.N.H, A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500829
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On September 24, 2019, we struck appellant's brief and appendix because the appendix included sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data had not been redacted. *See* TEX. R. APP. P. 9.9. On September 26, 2019, appellant filed an amended brief and appendix. While the amended appendix redacts the minor child's name, it still includes the child's unredacted birth date.

We therefore **ORDER** that appellant's amended brief and appendix are **STRICKEN**. We further **ORDER** appellant to file an amended brief and appendix that redacts the minor child's birth date in compliance with Texas Rule of Appellate Procedure 9.9 by or before **October 1, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk